UNITED STATES of America,
Plaintiff—Appellee,

v.

Derrick Vincent REDD, Defendant—
Appellant.

No. 05–7908.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2006.

Decided: Feb. 23, 2006.

Derrick Vincent Redd, Appellant Pro Se. Robert Andrew Spencer, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Vincent Redd appeals a district court order denying his Fed.R.Crim.P. 35 motion. We have reviewed the record and the district court's order and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*